**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GILBERTO REZA | * |
| | * |
| VS | * C.A. NO. B-02-129 |
| | * |
| JANIE COCKRELL, Director | * |
| Texas Department of Criminal Justice | * |
| Institutional Division | |

**NOTICE OF DISMISSAL**
**FOR LACK OF PROSECUTION**

On August 20, 2002, the Court reviewed the case file in the above-captioned matter, and it appears that on June 17, 2002, an application to proceed in forma pauperis was mailed to the Petitioner. The Petitioner has failed to response and has not filed said document.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by September 20, 2002.

DONE at Brownsville, Texas, this 20th day of August 2002.

_____
Felix Recio
United States Magistrate Judge
