Gilberto Reza #834841
4000 North 10th St
Bridgeport TX 76426

August 30, 2002

RE: Cause No. B-02-129

United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby
Clerk of Court

Dear Clerk;

I am writing this letter to inform you and all interested parties of my change of address. I understand that it is my responability to infor you of such. I would also take the apportunity to respectfully request you inform me of the current status of my writ of Habeas Corpus 11.07 which was followed up by a 2255, filed in your court under Cause No. B-02-129 (State Conviction Cause No 98-CR-539-D.) Please inform me of the current status of said cause and file my new current address with the papers of this cause. Because I have move two time this month from where I was

Your cooperation in this matter will be greatly appreciated

Sincerly

*Gilbert Reza*
Gilbert Reza
T-D-C-J - ID #834841