AO 240 (Rev. 6/86) Application to Proceed

United States District Court
Southern District of Texas
FILED

SEP 1 6 2002

Michael N. Milby
Clerk of Court

# United States District Court

SOUTHERN DISTRICT OF TEXAS

GILBERTO REZA

v.

JANIE COCKRELL, Director
Texas Dept. of Criminal Justice
Institutional Division

## APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: B-02-129

I, Gilberto Reza TDC# 834841, declare that I am the *(check appropriate box)*

☑ petitioner/plaintiff ☑ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant ☐ ______ *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes ☐ No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. EXXON Refineary Pipe Welder in Baytown, TX—$13.51 ph on one month turnover 1989 Self Employ Welding from 1985 thru 1998 off and on

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment Yes ☐ No ☐
   b. Rent payments, interest or dividends? Yes ☐ No ☐
   c. Pensions, annuities or life insurance payments? Yes ☐ No ☐
   d. Gifts or inheritances? Yes ☐ No ☐
   e. Any other sources? Yes ☑ No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Family in excess of 200.00

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☑ No ☐ (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   93.00

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐ No ☑

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   I have three teen-age children Ages 13, 14, 15 they now recieve 81.00 monthly through my SSI income

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09-10-02 (Date)

[signature] Signature of Applicant

**CERTIFICATE**

*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ ________ on account to his credit at the ________ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: ________

I further certify that during the last six months the applicant's average balance was $ ________

________
Authorized Officer of Institution

**ORDER OF COURT**

B-05-130

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| *United States Judge*     *Date* | *United States Judge or Magistrate*     *Date* |

## CERTIFICATION

THE STATE OF TEXAS §
COUNTY OF Wise - §

On this the 6th day of September, 2002 I certify that the attached document, and the duplicate retained by me as a Notarial record, are true, exact, complete, and unaltered computer copies made by me of the information contained in the computer data base of the Texas Department of Criminal Justice regarding the offender's trust fund account for the immediate preceding six month period.

C MONTGOMERY
NOTARY PUBLIC
State of Texas
Comm. Exp. 03-11-2006

(Stamp or Seal)

C Montgomery
(Notary Public Signature)

[illegible] TEXAS DEPARTMENT OF CRIMINAL JUSTICE 09/10/02
TRUST FUND BANKING HISTORY 10:02:31
AS OF 09/09/02 00.41.27

TDCJ-NO 00834841 NAME- REZA,GILBERTO CURRENT-BAL- 53.85

| DATE | AMOUNT | TR | REF-NO | CD | DESCRIPTION | SENDER |
|---|---|---|---|---|---|---|
| [illegible] | 100.00 | MO | 0963/21 | B4 | 70344209794 000612 | G REZA |
| [illegible] | 21.77 | CM | [illegible]/IR | B4 | | 0405[illegible]940451728 66 |
| [illegible] | 1.44 | CM | P1034/IR | B4 | | 041402[illegible]282[illegible] |
| [illegible] | .30 | CM | P1034/IR | B4 | | 0421020653925598330 |
| [illegible] | [illegible] | CM | P1034/IR | B4 | | [illegible]325[illegible]72866 |
| [illegible] | 16.63 | CM | P1034/IR | B4 | | 040302[illegible]91245172866 |
| [illegible] | [illegible] | CM | P1034/IR | B4 | | 0419[illegible]0630[illegible]98330 |
| [illegible] | [illegible] | CM | P1034/IR | B4 | | 0419021212452789 68 |
| [illegible] | 5.30 | CM | P1034/IR | B4 | | 042[illegible]21029[illegible]98330 |
| [illegible] | 11.60 | CM | P1034/IR | B4 | | 0[illegible]2081225598330 |
| [illegible] | [illegible] | CM | P1034/IR | B4 | | [illegible]02082545278948 |
| [illegible] | .40 | CD | [illegible] | | I | 0507020625452789 68 |
| [illegible] | .60 | CM | P1034/IR | B4 | | 05[illegible]7020[illegible]46163206 |
| [illegible] | 60.00 | MO | 01-1/01 | B4 | 90[illegible]65727 000656 | R MENDEZ |

PRESS ENTER FOR MORE RECORDS
PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
ENTER TDCJ NUMBER OR SID NUMBER:

[illegible] TEXAS DEPARTMENT OF CRIMINAL JUSTICE 09/10/02
TRUST FUND BANKING HISTORY 10:02:[illegible]
AS OF 09/09/02 00.41.27

TDCJ-NO 00834841 NAME- REZA,GILBERTO CURRENT-BAL- 53.85

| DATE | AMOUNT | TR | REF-NO | CD | DESCRIPTION | SENDER |
|---|---|---|---|---|---|---|
| [illegible] | .02 | FA | MC [illegible] | B4 | 000300 000000[illegible]MB 0 | 05200[illegible]08400[illegible] |
| 05/[illegible]/02 | [illegible] | CM | P1034/IR | B4 | | [illegible]2020742[illegible]8330 |
| [illegible] | [illegible] | CM | P1034/IR | B4 | | 0529020[illegible]25598330 |
| [illegible] | 12.91 | CM | P1034/IR | B4 | | [illegible]2092[illegible]2559[illegible] |
| [illegible] | 5.60 | CM | P1034/IR | B4 | | [illegible]72866 |
| [illegible] | 7.36 | CM | P1034/IR | B4 | | 062102[illegible]172866 |
| [illegible]/02 | [illegible] | CM | P1034/IR | B4 | | [illegible]1010[illegible]98330 |
| [illegible]/02 | 5.[illegible] | OP | 0625/79 | B4 | US DIST CLERK | 005[illegible] |
| [illegible] | .05 | OP | 0625/79 | I | I | [illegible] |
| 07/09/02 | .[illegible] | CM | P1034/IR | B4 | | 0709020[illegible]925598330 |
| [illegible] | .70 | CM | P1034/IR | B4 | | 0719[illegible]2545[illegible]78968 |
| 07/[illegible]/02 | 100.00 | MO | 0503/12 | B4 | 0 000627 | A REZA |
| [illegible] | 50.00 | MO | 0206/2[illegible] | B4 | 4[illegible] 796498[illegible] 003237 | E [illegible]NA |
| [illegible] | [illegible] | CM | P1034/IR | B4 | | 07250[illegible]10052559833[illegible] |

PRESS ENTER FOR MORE RECORDS
PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
ENTER TDCJ NUMBER OR SID NUMBER:

[illegible] TEXAS DEPARTMENT OF CRIMINAL JUSTICE 09/10/02
TRUST FUND BANKING HISTORY [illegible] 02.15
AS OF 09/09/02 00.41.27

TDCJ-NO 00834841 NAME- REZA,GILBERTO CURRENT-BAL- 53.85

| DATE | AMOUNT | TR | REF-NO | CD | DESCRIPTION | SENDER |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | CM | BR[illegible]/IR | B4 | | 08[illegible]4956[illegible]07 |
| 08/0[illegible]/02 | 4.[illegible] | CM | BR[illegible]/IR | B4 | | 080[illegible]1450466[illegible] |
| [illegible] | [illegible] | CM | BR10/IR | B4 | | 08[illegible]42[illegible] |
| [illegible]/02 | 3.60 | CM | BR10/IR | B4 | | 0[illegible]0213504664[illegible] |
| [illegible] | 4.20 | CM | BR10/IR | B4 | | [illegible]702084[illegible]14[illegible] |
| 09/[illegible]/02 | 14.67 | CM | BR10/IR | B4 | | 0[illegible]0702[illegible]1845145[illegible] |

END OF HISTORY DATA PRESS ENTER FOR MORE RECORDS
PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
ENTER TDCJ NUMBER OR SID NUMBER: