**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GILBERTO REZA | * |
| VS | * CIVIL ACTION NO. B-02-129 |
| | * |
| JANIE COCKRELL, DIRECTOR | * |
| TEXAS DEPARTMENT OF CRIMINAL | * |
| JUSTICE, INSTITUTIONAL DIVISION | * |

## ORDER

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **November 26, 2002.** The response shall include the state record.

DONE at Brownsville, Texas, this 26th day of September 2002.

Felix Recio
United States Magistrate Judge