IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERTO REZA, § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. B-02-129 |
| § | |
| § | |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

**RESPONDENT COCKRELL'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent, Janie Cockrell, Director ("the Director"), Texas Department of Criminal Justice, Institutional Division ("TDCJ-ID"), through her attorney, the Attorney General of Texas, and files this her Objections to the Report and Recommendation of the United States Magistrate Judge with Brief in Support.

**I.**

**BACKGROUND**

This is a habeas corpus case brought by a Texas state prisoner, Gilberto Reza ("Reza"), under 28 U.S.C. §§ 2241, 2254. This office received by fax a copy of the Report and Recommendation of the United States Magistrate Judge ("R&R") on December 19, 2002. Objections are due within 10 days of service. R&R, at 3-4. Pursuant to the Federal Rules of Civil Procedure, Rule 6(a), when a party is required to act in less than eleven days, weekends and holidays are not counted as part of the time calculation. Here, the weekends of December 21, 2002 and December 22, 2002, the holiday of December 25, 2002, the weekends of December 28, 2002 and December 29, 2002, the holiday of January 1, 2003, and the weekends of January 4, 2003 and January 5, 2003 are excluded making any

objections due by January 6, 2003. These objections were placed in overnight mail on January 2, 2003; therefore, these objections were timely filed.

## II.

## OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Director agrees with the Magistrate Judge's recommendation to dismiss without prejudice the instant federal writ petition, cause number B-02-129, for failure to exhaust state court remedies. R&R, at 3. However, the Director respectfully objects to the Magistrate Judge's recommendation that Reza is entitled to tolling for the time he spent in federal court on cause number B-02-129. R&R, at 3.

Reza is not entitled to equitable tolling for the period this federal writ was pending because it has no tolling effect under 28 U.S.C. § 2244(d)(d). Other than a properly filed application for state post-conviction or other collateral attack, filing of a previous federal writ does not toll the statute of limitations. *See Duncan v. Walker,* 533 U.S. 167, 181-82, 121 S.Ct. 2120, 2129 (2001) (holding an application for federal habeas corpus review is not an "application for State post-conviction or other collateral review" within the meaning of 28 U.S.C. § 2244(d)(2). Section 2244(d)(2) therefore did not toll the limitation period during the pendency of respondent's first federal habeas; *Grooms v. Johnson,* 208 F.3d 488 (5th Cir. 1999).

## III.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that Reza's petition for writ of habeas corpus be dismissed, without prejudice, for failure to exhaust state court remedies.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

                                          HARRY MCBEE
                                        First Assistant Attorney General

                                        JAY KIMBROUGH
                                        Acting Deputy Attorney General

                                        S. MICHAEL BOZARTH
                                        Assistant Attorney General
                                        Chief, Habeas Corpus Division


*Lead Counsel                         /s/ M. IRENE DELGADILLO
                                        M. IRENE DELGADILLO
                                        Assistant Attorney General
                                        State Bar No. 24031568
                                        Southern District ID Number 30831


                                        P. O. Box 12548, Capitol Station
                                        Austin, Texas   78711
                                        (512) 936-1400
                                        (512) 936-1280 (FAX)

                                        ATTORNEYS FOR RESPONDENT


## NOTICE OF SUBMISSION

To: Gilberto Reza, Petitioner, you are hereby notified that the undersigned attorney will bring the foregoing Motion before the court as soon as the business of the Court will permit.


                                        /s/ M. IRENE DELGADILLO
                                        M. IRENE DELGADILLO
                                        Assistant Attorney General

## CERTIFICATE OF SERVICE

I, M. Irene Delgadillo, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's Objections to the Report and Recommendation of the United States Magistrate Judge have been served by placing same in United States Mail, postage prepaid, on this the 2nd day of January 2003, addressed to:

Gilberto Reza
TDCJ-ID# 834841
Bridgeport Correctional Facility
4000 North 10th Street
Bridgeport, Texas 76426

                                                                          _____
                                                                          M. IRENE DELGADILLO
                                                                          Assistant Attorney General