*11*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
**ENTERED**

**FEB 0 6 2003**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILBERTO REZA,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-02-129 |
| JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND**

**RECOMMENDATION**

Before the Court is Magistrate Judge's Amended Report and Recommendation on the

above-referenced cause of action. After a de novo review of the entire file, it is the opinion of

this Court that the Magistrate Judge's Amended Report and Recommendation be adopted.

Furthermore, Petitioner's 28 U.S.C. § 2254 Petition is hereby DISMISSED WITHOUT

PREJUDICE, and Respondent's Motion for Summary Judgment (Doc. # 7) is hereby

GRANTED.

DONE in Brownsville, Texas on this 5 day of _____, 2003.

_____
Hilda G. Tagle
United States District Judge