ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

---

| | | |
|---|---|---|
| GILBERTO REZA | § § | |
| VS | § § | C.A. NO. B-02-129 |
| JANIE COCKRELL, DIRECTOR<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE INSTITUTIONAL DIVISION | § § § § | |

---

| | | |
|---|---|---|
| GILBERTO REZA | § § | |
| VS<br>DOUG DRETKE, DIRECTOR<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE INSTITUTIONAL DIVISION | § § § § § | C.A. NO. B-04-081 |

---

## **O R D E R**

Upon a sua sponte review of the documents contained in Cause No. B-04-081, it is hereby ORDERED that the Memorandum of Facts (Docket No. 12) filed in Cause No. B-02-129 be filed in Cause No. B-04-081 to complete the file.

It is further ORDERED that Cause No. B-02-129 and Cause No. B-04-081 be closed.

DONE at Brownsville, Texas, this 1st day of May 2006.

_____
Felix Recio
United States Magistrate Judge